**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSS ANTHONY BROOKS,<br><br>          Plaintiff,<br><br>     v.<br><br>CAMPBELL, *et al.*,<br><br>          Defendants. | No. 1:23-cv-01058 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 9) |

Ross Anthony Brooks is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The assigned magistrate judge found Plaintiff stated a cognizable claim against Officer Parra for failure to protect/intervene in violation of the Eighth Amendment. However, the magistrate judge found the other claims in the First Amended Complaint were not cognizable and recommended all other claims and defendants be dismissed. (Doc. 9.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were to be filed within 14 days after service. (Doc. 9 at 6.) The Court also advised Plaintiff "that the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) Plaintiff did not file objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 18, 2023 (Doc. 9) are **ADOPTED** in full.
2. This action shall proceed only on Plaintiff's claim in the First Amended Complaint against Defendant Parra for failure to protect/intervene in violation of the Eighth Amendment.
3. All other claims and defendants are **DISMISSED** from this action.
4. This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 19, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE