UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS ANTHONY BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CAMPBELL, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-01058-JLT-BAM (PC)<br><br>ORDER THAT INMATE ROSS ANTHONY BROOKS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　Plaintiff Ross Anthony Brooks is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　A video settlement conference in this matter commenced on January 30, 2024. Inmate Ross Anthony Brooks, CDCR #AX-4442, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __January 31, 2024__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE