UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS ANTHONY BROOKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAMPBELL, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-01058-JLT-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

　　　On January 30, 2024, a settlement conference was held and the parties reached a settlement agreement.

　　　Accordingly, it is HEREBY ORDERED that:

　　　1.　　All pending deadlines are VACATED; and

　　　2.　　The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 30, 2024**　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1